IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD BLACHLY, M.D.                                              PLAINTIFF

v.                              No. 3:15-cv-387-DPM

DAVOL, INC.                                                       DEFENDANT

## ORDER

The Court congratulates the parties on their settlement. № 6. Davol's motion to dismiss, № 3, is denied without prejudice as moot. Joint status report on consummation due by 22 January 2016. The Court will withhold judgment in the meantime.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 December 2015