IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD BLACHLY, M.D.                                                    PLAINTIFF

v.                                    No. 3:15-cv-387-DPM

DAVOL, INC.                                                            DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction over the settlement until 31 March 2016.

*signature*
D.P. Marshall Jr.
United States District Judge

16 February 2016